UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRYL TATE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2316** |
| **DARREL VANNOY, WARDEN** | **SECTION: "F" (1)** |

# O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 17, 2021 (Rec. Doc. No. 18), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Darryl Tate is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  12th  day of    January   , 2022.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**